**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-25-184-G |
| | ) |
| EDSEL'S CLUB, LLC d/b/a EDSEL's | ) |
| CLUB et al., | ) |
| | ) |
|     Defendants. | ) |

## <u>ORDER</u>

Plaintiff Joe Hand Promotions, Inc. initiated this action on February 11, 2025, seeking damages from Defendants Edsel's Club, LLC d/b/a Edsel's Club and Karla Jennings for violation of 47 U.S.C. § 605 or, alternatively, violation of 47 U.S.C. § 553. On October 10, 2025, after Plaintiff showed that Defendants had failed to answer or otherwise defend themselves in this lawsuit, the Clerk entered Defendants' default pursuant to Federal Rule of Civil Procedure 55(a).

Plaintiff now seeks entry of a default judgment pursuant to Federal Rule of Civil Procedure 55(b).  Plaintiff's Motion (Doc. No. 10) is accompanied by an affidavit from Plaintiff's counsel, as contemplated by Local Civil Rule 55.1. *See* Janis Aff. (Doc. No. 10-6); LCvR 55.1 ("No application for a default judgment shall be entertained absent an affidavit in compliance with the Servicemembers Civil Relief Act.").  The relevant statute prescribes that a court may not enter judgment against a nonappearing defendant unless: (i) the plaintiff files an affidavit "stating whether or not the defendant is in military service and showing necessary facts to support the affidavit"; or (ii) "if the plaintiff is unable to

determine whether or not the defendant is in military service, stating that the plaintiff is unable to determine whether or not the defendant is in military service." 50 U.S.C. § 3931(b)(1).

Plaintiff's affidavit merely states: "To the undersigned's knowledge, Defendants are not infants, incompetent persons, or persons in military service or otherwise exempted from default judgment under the Service Members Civil Relief Act of 2003." Janis Aff. ¶ 9. This statement is insufficient for compliance with the Court's local rule and 50 U.S.C. § 3931(b)(1). *See Joe Hand Promotions, Inc. v. Majors LLC*, No. CIV-22-945-G, 2024 WL 333167, at *1 (W.D. Okla. July 8, 2024); *see also In re Montano*, 192 B.R. 843, 846 (Bankr. D. Md. 1996) (rejecting affidavit that "fail[ed] to reflect any facts underlying the declaration or any investigation undertaken before the filing of the statement").

IT IS THEREFORE ORDERED that Plaintiff Joe Hand Promotions, Inc. shall submit a compliant affidavit as a supplement to its Motion within fourteen (14) days of the date of issuance of this Order.

IT IS SO ORDERED this 17th day of July, 2026.

_____
CHARLES B. GOODWIN
United States District Judge

2